■ In the Matter of HERMAN B. FERGUSON, Respondent, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, Appellant.— MEMORANDUM BY THE COURT. Judgment affirmed, without costs. We find no reason to interfere with the discretion exercised by Special Term in directing that the certificate of acceptance be filed. (Election Law, § 330.) Appellant now concedes that petitioner is not rendered ineligible by reason of his conviction of crime. (See U. S. Const., art. I, § 3, par. 3; *Matter of O'Connor* v. *Cohen,* 173 Misc. 419; *State ex rel. Handley* v. *Superior Court of Marion County.* 238 Ind. 421; *Opinion of the Judges,* 79 S. D. 585; *State ex rel. Johnson* v. *Crane,* 65 Wyo. 189.) Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court. [57 Misc 2d 1041.]

■ In the Matter of ROQUE RISTORUCCI, Respondent, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, Appellant.— MEMORANDUM BY THE COURT. We agree with the rationale of Special Term's opinion [57 Misc 2d 1036]. Additionally, the contention that certain of the voting machines cannot accommodate all slates of presidential electors has no support in the record. Judgment affirmed, without costs. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

## (October 10, 1968)

■ EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. NEW PALTZ GROWERS, INC., Appellant.— Motion for stay denied, without costs. (See CPLR 5519, subd. [a], par. 6.) Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

## (October 15, 1968)

■ In the Matter of ROBERT M. GINSBERG et al., Appellants, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, Respondent.— Application by nonparties made subsequent to the entry on October 7, 1968 of the order determining this appeal, "to intervene and reargue herein" *Motion for reargument denied, without costs.* The motion to intervene, under the circumstances, is academic, but in any event, the motion is denied as untimely, without costs. (CPLR 1012, subd. [a], 1013; *Matter of Altimari* v. *Meisser,* 23 A D 2d 672, app. dsmd. 15 N Y 2d 964.) Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.